**Fill in this information to identify the case:**

Debtor 1: Patricia Gomez

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: WESTERN District of TEXAS
(State)

Case number: 14-30229

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCATION, AS TRUSTEE OF THE IGLOO SEREIS III TRUST

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 4 1 8 7

**Property address:** 10320 HUGGS STREET
Number   Street

EL PASO   TX   79924
City   State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 06 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM / DD / YYYY

| | | |
|---|---|---|
| Debtor 1 | Patricia Gomez<br>First Name   Middle Name   Last Name | Case number (*if known*) 14-30229 |

**Part 4:   Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

**Part 5:   Sign Here**

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Raymond Valderrama
Signature

Date 05/22/2019

Print: Raymond   Valderrama
First Name   Middle Name   Last Name

Title: AVP Bankruptcy

Company: BSI Financial Services

If different from the notice address listed on the proof of claim to which this response applies:

Address: 7505 Irvine Center Drive
Number   Street

Irvine   CA   92618
City   State   ZIP Code

Contact phone (949) 201 – 4287

Email _____

---

Form 4100R                Response to Notice of Final Cure Payment                page 2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Agreed Response to Notice of Final Cure was served on the 23rd day of May, 2019. Said Response was filed electronically. Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Patricia Gomez
10320 Huggs Street
El Paso, TX 79924

DEBTOR'S ATTORNEY
Edgar J. Borrego
Tanzy & Borrego Law Offices
2610 Montana Avenue,
El Paso, TX 79903

TRUSTEE
Stuart C. Cox
1760 N. Lee Trevino Drive
El Paso, TX 79936

CREDITOR ATTORNEY

Heather Gram-Chavez
Barrett Daffin Frappier Turner &
Engel LLP
15000 Surveyor Blvd
Addison, TX 75001
972-341-5376
972-661-7725 (fax)      representing   Wells Fargo Bank, NA
wdecf@bdfgroup.com                     *(Creditor)*
 *Assigned: 04/19/2016*

| | | |
|---|---|---|
| Gordon W Green<br>Aldridge Pite, LLP<br>4375 Jutland Dr.<br>San Diego, CA 92117<br>858-750-7600<br>619-590-1385 (fax)<br>ecftxwb@aldridgepite.com<br>*Assigned: 03/06/2017* | representing | PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee<br>*(Creditor)* |
| *Assigned: 03/08/2017* | representing | Fay Servicing, LLC<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>858-750-7600<br>*(Creditor)* |
| Cody Woods Dalferes Martin<br>Barrett Daffin Frappier Turner & Engel LLP<br>15000 Surveyor Blvd<br>Dallas, TX 75001<br>972-341-0866<br>972-661-7725 (fax)<br>wdecf@bdfgroup.com<br>*Assigned: 02/08/2016* | representing | Wells Fargo Bank, NA<br>*(Creditor)* |
| Donald P. Stecker<br>Linebarger Goggan Blair & Sampson<br>711 Navarro, Suite 300<br>San Antonio, TX 78205<br>210.225.4422<br>210.226.4308 (fax)<br>don.stecker@lgbs.com<br>*Assigned: 03/06/2014* | representing | City of El Paso<br>Linebarger Goggan Blair & Sampson,LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205<br>(210) 225-6763<br>*(Creditor)* |
| Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>3809 Juniper Trace, Suite 205<br>Austin, TX 78738<br>(512) 687-2500<br>(512) 477-1112 (fax)<br>wdecf@BDFGROUP.com<br>*Assigned: 06/12/2014* | representing | Wells Fargo Bank, NA<br>*(Creditor)* |

<u>/s/ Richard E. Anderson</u>
RICHARD E. ANDERSON